UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SEAN GRDINICH               CIVIL ACTION

VERSUS

HOMEFIRST AGENCY INC.       NO. 23-01082-BAJ-EWD

### JUDGMENT

Before the Court is Plaintiff's **Notice of No Contact (Doc. 17)**, which provides that diligent efforts have been made by counsel to locate and communicate with Plaintiff, and that despite such efforts counsel has been unable to do so. Following the filing of the Notice of No Contact, the Court issued an Order to Show Cause (Doc. 20), which required Plaintiff to show cause for why this action should not be dismissed pursuant to Local Rule 41(b). Because Plaintiff has not responded,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims of Plaintiff be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to prosecute this proceeding.

**IT IS FURTHER ORDERED** that, on motion of the Plaintiff, filed within thirty (30) days, and upon a showing of good cause, the Court may consider reinstatement of the Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this 23rd day of May, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA